IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE ORDER REQUIRING APPLE, INC. TO ASSIST IN THE EXECUTION OF A SEARCH WARRANT ISSUED BY THIS COURT | Case No. 13-sw-05636-KLM<br><br>APPLICATION |

# ORDER

Before the Court is the Government's motion for an order requiring Apple, Inc. ("Apple") to assist law enforcement agents in the search of an Apple iOS device (hereinafter "the iPhone). Upon consideration of the motion, and for the reasons stated therein, it is hereby

ORDERED that Apple assist law enforcement agents in the examination of the iPhone, Model #A1387, IMEI# 013072007554078, serial# C8PHT314DTD1 and FCC ID# BCG-E2430A (hereinafter "the iPhone"), acting in support of a search warrant issued separately by the United States District Court for the District of Colorado;

FURTHER ORDERED that Apple shall provide reasonable technical assistance to enable law enforcement agents to obtain access to unencrypted data ("Data") on the iPhone.

FURTHER ORDERED that, to the extent that data on the iPhone is encrypted, Apple may provide a copy of the encrypted data to law enforcement, but Apple is not required to attempt to decrypt, or otherwise enable law enforcement's attempts to access any encrypted data;

FURTHER ORDERED that Apple's reasonable technical assistance may include, but is not limited to, bypassing the iPhone user's passcode so that the agents may search the iPhone, extracting data from the iPhone and copying the data onto an external hard drive or other storage medium that law enforcement agents may search, or otherwise circumventing the iPhone security systems to allow law enforcement access to Data and to provide law enforcement with a copy of encrypted data stored on the IOS Device;

FURTHER ORDERED that although Apple shall make reasonable efforts to maintain the integrity of data on the iPhone, Apple shall not be required to maintain copies of any user data as a result of the assistance ordered herein; all evidence preservation shall remain the responsibility of law enforcement agents.

Signed.

MAGISTRATE KRISTEN L. MIX
UNITED STATES MAGISTRATE JUDGE

Date:   __23 Jul 2013__